IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

_____

| | |
|---|---|
| In Re:  Mary Jo Heye | Case No.: 4:15-bk-14358 |
| fdba Hi-Five Properties, LLC | Chapter 7 |

_____

**MOTION FOR ABANDONMENT AND RELIEF FROM STAY**

COMES NOW the creditor, Simmons Bank, formerly known as Delta Trust & Bank, by and through its attorneys, Gill Ragon Owen, P.A., and for its Motion for Abandonment and Relief from Stay against the Debtor, Mary Jo Heye, fdba Hi-Five Properties, LLC, states as follows:

1.  Simmons Bank respectfully requests that this Court grant its Motion for Abandonment and for Relief from the Automatic Stay so that it may continue its State Court foreclosure action filed in the Circuit Court of Pulaski County, Arkansas, 12th Division, Case No. 60CV-14-3209 (the "State Court Litigation") against two tracts of real property located in Pulaski County, Arkansas

2.  The State Court Litigation seeks to enforce two promissory notes, obtain a monetary judgment against Hi-Five Properties, LLC (the "Company") and (prior to bankruptcy) Paul Heye, Jr. and the Debtor, Mary Jo Heye, foreclose two duly filed and recorded mortgages held by Simmons Bank (as successor in interest of Delta Trust) and designate Simmons Bank as the holder of the first priority lien on that real property that is more fully described below (the "Real Property"), foreclose the ownership interests of the Defendants in and to the Real Property, and foreclose the ownership interests of Defendants in and to all personal property that pertains to the Real Property (the "Personal Property") and which is more fully described in the

Mortgages (defined below). (The Real Property and the Personal Property are collectively referred to herein as the "Property").

3. The Debtor does not object to the lifting of the automatic stay.

A. **1904 Allen St., North Little Rock, AR, 72114**

4. On or about December 20, 2005, Paul and Mary Jo Heye executed and delivered to Simmons Bank a Promissory Note ("Note No. 1") in the original principal amount of $31,680.00, bearing an initial rate of interest of 8.50% per annum. A copy of Note No. 1, and all subsequent modifications thereto, are collectively attached hereto as **Exhibit A**.

5. To secure payment of Note No. 1, the Company executed, acknowledged, and delivered to Simmons Bank, a Commercial Real Estate Mortgage dated December 20, 2005 ("Mortgage No. 1"), which granted and conveyed a mortgage lien in the real property located at 1904 Allen St., North Little Rock, Pulaski County, Arkansas, 72114, more particularly described on **Exhibit B**. Mortgage No. 1 was filed of record in the Office of the Circuit Clerk and Ex-Officio Recorder for Pulaski County, Arkansas (the "Recorder"), on December 29, 2005, as Instrument # 2005109204. In Mortgage No. 1, the Company waived and relinquished all rights and equities of appraisement, homestead, moratorium, valuation, redemption, exemption, stay, extension and marshaling under the laws of the State of Arkansas. A copy of Mortgage No. 1, and all subsequent modifications thereto, are collectively attached hereto as **Exhibit C**.

6. To additionally secure payment of Note No. 1, the Company acknowledged and delivered to Simmons Bank a Commercial Security Agreement ("Security Agreement No. 1") granting Simmons Bank a security interest in the following Collateral: "All accounts and other rights to payment, general intangibles and proceeds therefrom whether now owned or hereafter acquired pertaining to the rental investment property located at 1904 Allen Street, North Little

Rock, Arkansas, 72114." A copy of Security Agreement No. 1, is attached hereto as **Exhibit D**. Simmons Bank's security interest in the above-described collateral was perfected by the recording of a UCC-1 Financing Statement with the Arkansas Secretary of State on July 29, 2011, Filing # 40000035387919, a copy of which is attached to Security Agreement No. 1.

7. To additionally secure payment of Note No. 1, the Company acknowledged and delivered to Simmons Bank an Assignment of Leases and Rents ("Assignment of Rents No. 1") granting Simmons Bank a continuing security interest in the Company's right, title, and interest in and to the rents from the Real Property. Assignment of Rents No. 1 was recorded with the Recorder on August 3, 2011 as Instrument # 2011045442. A copy of Assignment of Rents No. 1 is attached hereto as **Exhibit E**.

### B.     306 East 18th Street, North Little Rock, AR, 72114

8. On or about March 9, 2007, Paul and Mary Jo Heye executed and delivered to Simmons Bank a Promissory Note ("Note No. 2") in the original principal amount of $31,500.00, bearing an initial rate of interest of 8.750% per annum. A copy of Note No. 2, and all subsequent modifications thereto, are collectively attached hereto as **Exhibit F**.

9. To secure payment of Note No. 2, the Company executed, acknowledged, and delivered to Simmons Bank, a Real Estate Mortgage dated March 9, 2007 ("Mortgage No. 2"), which granted and conveyed a mortgage lien in the real property located at 306 East 18th Street, North Little Rock, Pulaski County, Arkansas, 72114, more particularly described on **Exhibit G**. Mortgage No. 2 was filed of record with the Recorder on December 29, 2005, as Instrument # 2005109204. In Mortgage No. 2, the Company waived and relinquished all rights and equities of appraisement, homestead, moratorium, valuation, redemption, exemption, stay, extension and

marshaling under the laws of the State of Arkansas. A copy of Mortgage No. 2, and all subsequent modifications thereto, are collectively attached hereto as **Exhibit H**.

10. To additionally secure payment of Note No. 2, the Company acknowledged and delivered to Simmons Bank a Commercial Security Agreement ("Security Agreement No. 2") granting Simmons Bank a security interest in the following Collateral: "All accounts and other rights to payment, general intangibles and proceeds therefrom whether now owned or hereafter acquired pertaining to the rental investment property located at 306 East 18th Street, North Little Rock, Arkansas, 72114." A copy of Security Agreement No. 2, is attached hereto as **Exhibit I**. Simmons Bank's security interest in the above-described collateral was perfected by the recording of a UCC-1 Financing Statement with the Arkansas Secretary of State on July 29, 2011, Filing # 40000035387393, a copy of which is attached to Security Agreement No. 2.

11. To additionally secure payment of Note No. 2, the Company acknowledged and delivered to Simmons Bank an Assignment of Leases and Rents ("Assignment of Rents No. 2") granting Simmons Bank a continuing security interest in the Company's right, title, and interest in and to the rents from the Real Property. Assignment of Rents No. 2 was recorded with the Recorder on August 3, 2011 as Instrument # 2011045440. A copy of Assignment of Rents No. 2 is attached hereto as **Exhibit J**.

12. Simmons Bank is the holder in due course of Note No. 1 and Note No. 2, Mortgage No. 1 and Mortgage No. 2, Security Agreement No. 1 and Security Agreement No. 2, and Assignment of Rents No. 1 and Assignment of Rents No. 2 (collectively, the "Loan Documents"), and by virtue of the endorsements referenced above, Simmons Bank has the right to foreclose the its liens against the Property.

13. The payments due Simmons Bank from Debtor on the Loan Documents are in default and remain unpaid. In accordance with the terms of the Loan Documents, Simmons Bank elected to declare the entire principal and accrued interest immediately due and payable by reason of the default.

14. Pursuant to the terms of the Loan Documents, Debtor is obligated to pay to Simmons Bank late charges, reasonable attorneys' fees, and the costs incurred and to be incurred in foreclosing the Mortgages and pursuing collection of the principal evidenced by the Notes.

15. As of September 9, 2015, there is now past due and owing on Note No. 1 the sum of $21,761.48, plus fees and costs. Interest will continue to accrue at a rate of $3.7888 per diem.

16. As of September 9, 2015, there is now past due and owing on Note No. 2 the sum of $29,659.07, plus fees and costs. Interest will continue to accrue at a rate of $5.1585 per diem.

17. The Debtor has no equity in the Property and no adequate protection has been provided to Simmons Bank.

18. On December 12, 2014, Paul Heye, Jr. filed a Chapter 7 Bankruptcy in the U.S. Bankruptcy Court, Eastern District of Arkansas, Case No. 4:14-bk-16577. On April 15, 2015, Plaintiff was granted relief from the automatic stay and any interest in the Property held by Paul Heye, Jr. and the Bankruptcy Trustee (in that case) was abandoned.

19. Further, Debtor does not object to this Motion.

20. By reason thereof, Simmons Bank seeks an order for abandonment and relief from the stay provided by the United States Bankruptcy Code, and requests that the stay be modified to allow Simmons Bank to proceed with the State Court Litigation with said sums to be applied to the secured debt as hereinabove set out and any proceeds in excess remaining thereafter be delivered to the U.S. Trustee herein.

WHEREFORE, the creditor and movant, Simmons Bank prays for an order of abandonment, that the automatic stay under the United States Bankruptcy Code be modified and lifted and this Court allow the movant and creditor herein to proceed to pursue its remedies in State Court and for the ultimate sale of said property consistent with the Notes and laws of the State of Arkansas and that the proceeds from any sale thereof be applied to the satisfaction of the aforesaid claim with any sums over and above said amount being accounted to this Court and provided to the Trustee herein, and for all other just and proper relief to which it may be entitled.

    Respectfully submitted,

    GILL RAGON OWEN, P.A.
    425 West Capitol Avenue, Suite 3801
    Little Rock, Arkansas  72201
    (501) 376-3800


By:  __/s/ Kelly W. McNulty_____
    Kelly W. McNulty Ark. Bar No. 2005141


## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2015, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and sent a copy via U.S. Mail to the following:

| | |
|---|---|
| Debtor Attorney | Chapter 7 Trustee |
| Frederick S. Wetzel | M. Randy Rice |
| Frederick S. Wetzel, P.A. | 523 S. Louisiana, Suite 300 |
| 200 North State Street, Suite 200 | Little Rock, Arkansas 72201-5771 |
| Little Rock, Arkansas 72201 | |


    __/s/ Kelly W. McNulty_____
    Kelly W. McNulty
    mcnulty@gill-law.com