IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION

| | | |
|---|---|---|
| In Re: MARY JO HEYE, Debtor<br>f/d/b/a HI-FIVE PROPERTIES, LLC | No. | 4:15-14358 T<br>Chapter 7 |

FEDERAL NATIONAL MORTGAGE ASSOCIATION    MOVANT
("FANNIE MAE")

VS.

MARY JO HEYE f/d/b/a HI-FIVE PROPERTIES, LLC
and M. RANDY RICE, Trustee    RESPONDENTS

## MOTION FOR RELIEF FROM AUTOMATIC STAY

Comes now Federal National Mortgage Association ("Fannie Mae"), (hereinafter "Movant"), a secured creditor, by its attorney, and for its Motion for Relief from Automatic Stay against the above Debtor, states:

1. It is secured by a real estate mortgage lien on real property listed in the schedules filed herein. The note creating the obligation and the Mortgage establishing the mortgage lien claimed by Movant are incorporated by reference herein and attached hereto. This mortgage covers the real property particularly described as follows:

> **Lot 10, Block 7, Arrowhead Manor, an Addition to the City of North Little Rock, Pulaski County, Arkansas, as shown on plat recorded in Plat Book 16, Page 61, records of Pulaski County, Arkansas.**
>
> **More Commonly Known As: 5008 Lynn Lane, North Little Rock, Arkansas 72118**

2. The payments due on the above mentioned note are in arrears and the note is in default. Debtor is contractually due for the July 1, 2015 payment, thus indicating that Debtor is not meeting her payments to Movant. This failure constitutes material default, which entitles Movant to relief pursuant to 11 U.S.C. §362(d)(1). The amount required to reinstate this debt owed, as of the filing of this motion, is $2,660.86. The current unpaid principal balance owed on the loan is $60,105.78.

3. To the extent the Trustee may have any interest in the real property, Movant believes such

interest would be of inconsequential value and benefit to the bankruptcy estate and requests that the Trustee abandon any interest of the bankruptcy estate in and to the above described real property pursuant to 11 U.S.C. Section 554(b).

4. Movant would request to have the fourteen (14) day stay relief, Pursuant to Rule No. 4001(a)(3), waived on this order after entry with the Court in order to permit it to immediately enforce and implement an order granting relief from the automatic stay.

5. An order granting this motion would authorized Movant and/or its successor or assigns to take whatever lawful actions necessary to protect its interest in the above legally described property, including but not limited to, initiate, conduct or complete either a statutory or judicial foreclosure action. In addition, an order entered granting this motion annulling the automatic stay imposed by U.S. Bankruptcy Code 362(a) shall be binding and effective in the event the Debtor coverts this case to another chapter under the U.S. Bankruptcy Code.

WHEREFORE, Movant prays:

A. That relief from the automatic stay provisions of 11 U.S.C. §362(d) be granted, and that the Trustee be required to abandon its interest in and to the collateral pledged to Movant under the provisions of 11 U.S.C. §554.

B. That the fourteen (14) day stay, Pursuant to Rule No. 4001(a)(3), should not be in effect on this order after entry with the Court.

C. That Movant have such other and further relief, both general and specific, to which it may be entitled in the premises, including, but not limited to, a reasonable fee for the services of its attorneys.

 Respectfully submitted,

 /s/ "Aaron D. Caldwell"
 AARON D. CALDWELL
 MICKEL LAW FIRM, P.A.
 1501 North University, Ste. 930
 Little Rock, AR 72207
 Ph: (501) 664-4808; Fx: (501) 664-0631

## CERTIFICATE OF SERVICE

A copy of the foregoing has been mailed the same date it was filed with the Court to the attorney for debtors; to the Trustee and to creditors listed in the debtor's matrix, with sufficient postage prepaid by the above attorney.

HEARING NOTICES TO BE SENT TO:

MICKEL LAW FIRM, 1501 N. University-Suite 930, Little Rock, AR 72207
U.S. Trustee, 200 W. Capitol Street, Suite 1200, Little Rock, AR 72201 & ELECTRONICALLY
M. RANDY RICE, Chapter 7 Panel Trustee, 523 S. Louisiana, Ste. 300, Little Rock, AR & ELECTRONICALLY
FREDERICK S. WETZEL, FREDERICK S. WETZEL, P.A., 200 North State Street, Ste. 200 Little Rock, AR 72201 & ELECTRONICALLY